**Last revised 8/1/15**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:

Dionisia Belitsis

Case No.: _____

Judge: _____

Chapter:          13

         Debtor(s)

## Chapter 13 Plan and Motions

☒ Original     ☐ Modified/Notice Required     ☒ Discharge Sought

☐ Motions Included     ☐ Modified/No Notice Required     ☐ No Discharge Sought

Date: _____7/8/2016_____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS WILL BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts.  You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice.  **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

### YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
### IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
### THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

| Part 1:    Payment and Length of Plan |
| --- |

a. The debtor shall pay $ _____192_____ per _____ to the Chapter 13 Trustee, starting on _____ for approximately _____60_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

     ☒    Future earnings

     ☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:

Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:

Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2:    Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3:    Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| James J Cerbone | Attorney fees | $3360.00 |

## Part 4:    Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b.  Modification**

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Credit Acceptance | 2003 Honda CRV-EX | $10,855 | $6250.00 |  |  | 4.25 | $7017 |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c.  Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**d.  Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:

**e.  Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5:   Unsecured Claims

**a.  Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ _____0.00_____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

**b.  Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6:   Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

4

## Part 7:    Motions

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

### a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

### b.  Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

### c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
| Credit Acceptance | 2003 Honda CR-V EX | $7017 | $2983 |

## Part 8:   Other Plan Provisions

### a. Vesting of Property of the Estate

☒  Upon confirmation

☐  Upon discharge

### b.  Payment Notices

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c.  Order of Distribution

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions

2) Administrative Expenses

3) Secured Claims

4) Priority Claims & 5) General Unsecured Claims

### d.  Post-Petition Claims

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:   Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| | |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐  Yes   ☐  No

6

**Part 10:   Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 7/8/2016 _____      /s/James J Cerbone _____
                                                               Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 7/8/2016 _____      /s/Dionisia Belitsis _____
                                                               Debtor

Date: _____      _____
                                                               Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-23243-KCF
Dionisia Belitsis                                               Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jul 12, 2016
                             Form ID: pdf901       Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2016.
db            +Dionisia Belitsis,   1142 Marlane Road,   Toms River, NJ 08753-4126
smg            U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
516281019     +Avon Products,   Attn: LTD FInancial Services,   7322 Southwest Freeway Suite 1600,
               Houston, TX 77074-2134
516281020     ##+Bank of America,   100 North Broadway,   Saint Louis, MO 63102-2728
516281021     +Bankcard Services,   PO Box 4477,   Beaverton, OR 97076-4401
516281022      Bay Area Credit Service,   PO Box 5932,   Troy, MI 48007-5932
516281039     ++C O AMERICAN INFOSOURCE LP,   4515 N SANTA FE AVE,   OKLAHOMA CITY OK 73118-7901
              (address filed with court:  T-Mobile,   PO Box 53410,   Bellevue, WA 98015-3410)
516281023      Capital One Bank,   PO Box 85026,   Richmond, VA 23285-5026
516281029     +Credit Acceptance Corporation,   PO Box 513,   Southfield, MI 48037-0513
516281028      Fingerhut,   PO Box 166,   Newark, NJ 07101-0166
516281029     +First Premier Bank,   PO Box 5514,   Sioux Falls, SD 57117-5514
516281030      George Psaradakis,   Attn: ABC Financial Services,   PO Box 6800,
               North Little Rock, AR 72124-6800
516281031     +JCP&L,   PO Box 579,   Red Bank, NJ 07701-0579
516281032      JCP&L,   PO Box 3687,   Akron, OH 44309-3687
516281034     +New Century Financial Services,   Attn: Pressler & Pressler,   7 Entin Drive,
               Parsippany, NJ 07054-5020
516281035     +New Jersey Natural Gas,   PO Box 1464,   Wall, NJ 07719-1464
516281036     +Penn Foster,   Attn: Ability Recovery Services LLC,   PO Box 4031,   Wyoming, PA 18644-0031
516281037     +Planet Fitness,   3499 Route 9, Suite 1-B,   Freehold, NJ 07728-3281
516281045      Telecheck Customer Service,   PO Box 4513,   Houston, TX 77210-4513
516281046     +Thrift Investment Corporation,   720 King Georges Road,   Fords, NJ 08863-1985
516281047      Travelers Insurance,   PO Box 660307,   Dallas, TX 75266-0307
516281049     +US Dept of Education,   PO Box 5609,   Greenville, TX 75403-5609
516281048      United Water,   Payment Center,   PO Box 371804,   Pittsburgh, PA 15250-7804
516281050      Verizon,   PO Box 920041,   Dallas, TX 75392-0041

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2016 22:25:03    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516281018      E-mail/Text: g20956@att.com Jul 12 2016 22:25:32    AT&T Mobility,   PO Box 537104,
               Atlanta, GA 30353-7104
516281024      E-mail/Text: ebn@barnabashealth.org Jul 12 2016 22:25:25    Community Medical Center,
               PO Box 29969,   New York, NY 10087-9969
516281026     +E-mail/Text: creditonebknotifications@resurgent.com Jul 12 2016 22:24:31    Credit One Bank,
               PO Box 98875,   Las Vegas, NV 89193-8875
516281027     +E-mail/Text: bankruptcynotices@dcicollect.com Jul 12 2016 22:25:31    Diversified Consultant,
               10550 Deerwood Park Blvd,   Jacksonville, FL 32256-0596
516281033     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 12 2016 22:25:02    Midland Funding,
               8875 Aero Drive Ste 200,   San Diego, CA 92123-2255
516281038     +E-mail/Text: bankruptcy@rentacenter.com Jul 12 2016 22:25:47    Rent a Center,
               5501 Headquarters Drive,   Plano, TX 75024-5845
516281041      E-mail/Text: bankruptcy@td.com Jul 12 2016 22:25:06    TD Bank,   PO Box 1377,
               Lewiston, ME 04243-1377
516281042      E-mail/Text: bankruptcy@td.com Jul 12 2016 22:25:06    TD Bank,   PO Box 9547,
               Portland, ME 04112-9547
                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516281040*    ++C O AMERICAN INFOSOURCE LP,   4515 N SANTA FE AVE,   OKLAHOMA CITY OK 73118-7901
              (address filed with court:  T-Mobile,   PO Box 742596,   Cincinnati, OH 45274-2596)
516281043*     TD Bank,   PO Box 9547,   Portland, ME 04112-9547
516281044*     TD Bank,   PO Box 9547,   Portland, ME 04112-9547
                                                                     TOTALS: 0, * 3, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 12, 2016
                             Form ID: pdf901            Total Noticed: 33
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2016 at the address(es) listed below:
         James J. Cerbone   on behalf of Debtor Dionisia  Belitsis cerbonelawfirm@aol.com
                                                                           TOTAL: 1
```